UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case #08-81090-CIV-RYSKAMP/VITUNAC

United States of America,

    Plaintiff,

vs.

John Korman,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Ann E. Vitunac, dated April 23, 2009 **[DE 29]**. The Report and Recommendation recommends the dismissal with prejudice of Defendant's Counterclaim for fraud. No Objections have been filed. The Court has reviewed the Report and Recommendation and has conducted a de novo review of the underlying record. It is hereby

ORDERED AND ADJUDGED that the Report and Recommendation is ADOPTED, AFFIRMED and APPROVED. The United States' Motion to Dismiss Defendant's Counterclaim, filed February 27, 2009 **[DE 28]**, is GRANTED. Defendant's fraud counterclaim is DISMISSED WITH PREJUDICE.

DONE AND ORDERED at Chambers in West Palm Beach, Florida this 16th day of June, 2009.

                                                  S/Kenneth L. Ryskamp
                                                  KENNETH L. RYSKAMP
                                                  UNITED STATES DISTRICT JUDGE